Francisco Leon
**FRANCISCO LEON, P.C.**
9121 E. Tanque Verde Road, #104-430
Tucson, Arizona 85749
Az. Bar. No. 006578
(520)305-9170
(520)465-3000
FAX (520)395-9495

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIV No. 11-820-WDS/LAM |
| Plaintiff, ) | |
| ) | ANSWER TO FORFEITURE |
| vs. ) | COMPLAINT AND DEMAND |
| ) | |
| $142,100.00 IN U.S. CURRENCY, ) | |
| $5,000.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Claimant Oscar Rogelio Gonzalez-Rodriguez, by and through his counsel undersigned, Francisco Leon, respectfully represents the following by way of Answer to the Complaint in Forfeiture.

Claimant Gonzalez-Rodriguez answers the allegations of the Complaint as follows:

1. The allegations of paragraphs 1, 2, 3, 4, 5, 6, 8, 11, 15 of the complaint are admitted.

2. Admits paragraph 7 but denies that he was "extremely nervous."

3. Claimant Gonzalez-Rodriguez has insufficient knowledge or information to form a belief as to the truth of allegations in paragraph 9, 10, 17, 18 of the complaint therefore denies all the allegations therein.

4. Claimant Gonzalez-Rodriguez denies paragraphs 12, 13, 14, 15, 16, 19, 20, 21 22 and

each and every other allegation not specifically admitted herein.

5. In addition, Claimant Gonzalez-Rodriguez raises the following numbered defenses to the government's forfeiture suit.

### First Defense

The Plaintiff has violated Claimant's rights to due process by its seizure of the currency and the lengthy detention of the currency without acting in compliance with the rules and regulations of the Plaintiff regarding forfeitures until prompted to do so by Claimant.

### Second Defense

The burden of proof as provided under the United States Constitution and statutes is unconstitutional on its face and as applied to Claimant in this case insofar as requires Claimant to prove that the currency was not knowingly involved in illegal activity and was not going to be used to commit a crime and be used in a manner which would subject the currency to forfeiture.

### Third Defense

The seizure and detention of the defendant property by the United States and its agents and this subsequent prosecution to forfeit the currency violates the statutory provisions of the innocent owner exemption under federal law.

### Fourth Defense

Alternatively, in the event the defendant property is subject to forfeiture, the forfeiture is disproportionate and excessive in relation to the conduct of the claimant to the alleged criminal conduct which subjects the property to forfeiture.

Please take notice that Claimant demands trial by the court of the issues and

defenses raised by his claim and answer.

WHEREFORE, Claimant Gonzalez-Rodriguez prays the Court will:

1. Dismiss Plaintiff's complaint and enter judgment in favor of Claimant.

2. Deny Plaintiff's prayer for declaratory judgment that it is the legal owner of the property seized and award costs and attorney's fees to Claimant.

3. Provide such other relief as the Court deems just and proper.

SUBMITTED this 1st day of December, 2011.

**FRANCISCO LEON, P.C.**

*s/Francisco Leon*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December, 2011, a copy of the foregoing Answer to Complaint was served electronically upon Stephen R. Kotz and Cynthia L. Weisman, Assistant United States Attorneys, P.O. Box 607, Albuquerque, NM 87103.

**FRANCISCO LEON, P.C.**

*s/Francisco Leon*