IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    *Plaintiff*,

    v.                          Civ. No. 11-820 WDS/LAM

$142,100.00 IN UNITED STATES CURRENCY,
$5,000.00 IN UNITED STATES CURRENCY,
    *Defendants*,

and

OSCAR ROGELIO GONZALEZ-RODRIGUEZ,
FRANCISCO LUGO-CORONADO,
    *Claimants.*

**CERTIFICATE OF SERVICE OF
UNITED STATES' FIRST SET OF <u>SPECIAL</u> INTERROGATORIES
TO CLAIMANT FRANCISCO LUGO-CORONADO - May 22, 2012
and
UNITED STATES' FIRST SET OF <u>SPECIAL</u> INTERROGATORIES
TO CLAIMANT OSCAR ROGELIO GONZALEZ-RODRIGUEZ - May 22, 2012**

I certify that the original and a disc (containing Word format, and WordPerfect format) of:

    • United States' First Set of Special Interrogatories to Claimant OSCAR ROGELIO GONZALEZ-RODRIGUEZ - May 22, 2012, and

    • United States' First Set of Special Interrogatories to Claimant FRANCISCO LUGO-CORONADO - May 22, 2012,

were mailed to counsel for both Claimants on May 22, 2012:

    Francisco Leon
    9121 E. Tanque Verde Road, #104-430
    Tucson, AZ 85749

   Electronically filed May 22, 2012
CYNTHIA L. WEISMAN
Assistant U.S. Attorney